**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| | | |
| CAPITOL CABLE & | * | Chapter 11 |
| TECHNOLOGY, INC. | | Case No.: |
| | * | |
| Debtor-in-Possession | | |
| | * | |
| *   *   *   *   *   *  | * | |

## RULE 2016 STATEMENT OF DEBTOR'S COUNSEL

Richard B. Rosenblatt and The Law Offices of Richard B. Rosenblatt, PC (the "Law Firm"), counsel for Capitol Cable & Technology, Inc. the Debtor and Debtor-in-Possession (the "Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 2016, file this Rule 2016 Statement and Disclosure of Compensation and in support thereof states as follows:

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney, subject to approval from this Court, for the above-captioned Debtor and the compensation paid to me in contemplation of a Chapter 11 filing within one year before the filing of the petition has been twelve thousand five hundred dollars ($12,500.00). Counsel received twelve thousand five hundred dollars ($12,500.00) on March 21, 2017. On the date of filing, approximately ten thousand dollars ($10,000.00) remained in escrow. As outlined below, the Debtor will be charged for services on an hourly basis.

Additionally, in the year prior to the filing, counsel received the following payments: 1) two thousand dollars ($2,000.00) on February 27, 2017; and 2) two thousand five hundred dollars ($2,500.00) on March 20, 2017 . Counsel was compensated for negotiations with the Debtor's landlord, as well as providing work-out and pre-bankruptcy advice.

2. The source of the retainer was the Debtor.

3. Any additional compensation is to be paid by the Debtor.

4. I have not agreed to share the above-disclosed compensation or any additional compensation to be received, after appropriate application to the Court, with any other person unless they are members and associates of my law firm.

5. By agreement and as disclosed in the application to employ counsel in this case, the Debtor has agreed to compensate counsel on an hourly basis for work performed. The following rates shall apply: three hundred fifty dollars ($350.00) for experienced bankruptcy attorneys, Richard B. Rosenblatt and Linda M. Dorney; two hundred ninety-five dollars ($295.00) an hour for time billed by other firm attorneys; and one hundred twenty-five dollars ($125.00) an hour for paralegal time.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney,#12784
**The Law Offices of Richard B. Rosenblatt, PC.**
30 Courthouse Square, Suite 302
Rockville, MD 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Capitol Cable & Technology, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 4th day of April, 2017, a copy of the foregoing Rule 2016 Statement of Debtor's Counsel was served via ECF on all parties authorized to accept service by ECF listed below:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20850

                                      /s/ Richard B. Rosenblatt
                                      Richard B. Rosenblatt